# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2022 DEC -6 P 12: 16
CLERK OF COURT

(Full name of plaintiff(s))

Kristopher DeWitt Mitchell

vs

(Full name of defendant(s))

Oregon Correctional Center, Peter Shimek, Jonathan Bussie, Sgt. Kohlhoff, Oakhill Correctional Institution, Kevin Kaczmarek, Clinton F. Bryant, Quala M. Champagne, D.O.C.

Case Number:

22-CV-1461

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

   Oakhill Correctional Institution
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

D.O.C.,
O.CC. Peter Shimek. Sgt. Kohlhoff.
Jonathan Bussie, D.C.2. Clinton F. Bryant.

2. Defendant Kevin Kaczmarek, Quala M. Champagne
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at Uhw
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Oregon Correctional Center, Oakhill Correctional Institution and unknown
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Christopher Mitchell was an inmate at the Oregon Correction Center in Oregon WI. On August 6, 2021, one guard Peter Shimek and Captain Jonathan Bussie advised Mitchell at approximately 8:15 am that they had received a phone call from the HR Supervisor at Madison Kipp Corporation where Mitchell was currently working at 8:00 am, mentioning that a complaint

Attachment One (Complaint) – 2

was lodged against Mitchell from a female employee who works there on 3rd shift as Mitchell, for harassment and threats and that Mitchell wasn't to come into work that Friday night or for the weekend until she further talk to the female employee and call them (Peter Shimek, Jonathan Bussie) back with more detailed information into the complaint. At approximately 3:00 pm the same gaurd, Peter Shimek and Captain Jonathan Bussie, informed Mitchell of the second phone call they received from the HR Supervisor at Madison Vipp Corporation, approximately 2:40 pm, with an update of the complaint. Mitchell was then advised by Peter Shimek and Captain Bussie that Mitchell was being removed from the Oregon Center and placed in Temporarily lock up at Oakhill Correctional Institution.

Mitchell, was then placed in a cage by two guards Peter Shimeth, Sgt. Hohlhoff and Captain Jonathan Bussie at Oregon Center, where Mitchell was stripped searched and held approximately for 1 hr. Mitchell was transferred to Oakhill Correctional Institution, where he was stripped searched again and there in Temporarily (TLU) lock up. On August 17, 2021, Mitchell was served a Major ticket, wrote by Peter Shimeth charging Mitchell with violating Doc 303.19 (Stalking), Doc 303.28 (Disobeying Orders), Doc 303.33 (Disruptive Conduct) Doc (303.63 – Inadequate work or school Performance) Policies. August 26, 2021, Captain Kevin Kaczmarek found Mitchell guilty on 3 of the 4 violations, giving Mitchell 30 days discipinary seperation and taken Mitchell community custody housing Mitchell at Oakhill Correctional Institution. Mitchell appealed his ticket to Warden, Clinton F. Bryant of O.C.I. and the Warden Quala K. Champagne and was denied. Mitchell continued to appeal and ultimately on March 18, 2022, Superintendent Tejuana L. King from Felmers O. Chaney Correctional Center dismissed Mitchell entire ticket. finding Mitchell not guilty based on the information provided in the ticket and procedural errors. Mitchell seeks for the time he spent in segregation, mental stress, depression, public humiliation and for cruel and unusual punishment

C. **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Christopher Mitchell, is seeking damages for time spent in segregation, Cruel and unusual Punishment, Public humiliation, Mental distress, Depression

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
OR

☑ Court Trial – I want a judge to hear my case

Dated this 30th day of November, 2022.

Respectfully Submitted,

X. mitchell
Signature of Plaintiff

280968
Plaintiff's Prisoner ID Number

Oakhill Correctional Institution.
P.O. Box 938. Oregon, WI. 53575
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5